

IN THE UNITED STATES BANKRUPTCY
COURT FOR THE DISTRICT OF MARYLAND

IN RE                                                                                   Chapter 13

Don D. Hursey, Jr.                                                          Case No. 12-16419 TJC
　　　Debtor

ORDER GRANTING DEBTOR'S MOTION FOR AUTHORITY TO USE CASH COLLATERAL FOR SUBSTITUTION OF COLLATERAL

　　　UPON CONSIDERATION OF DEBTOR'S Motion For Authority to Use Cash Collateral or for Substitution of Collateral, there being no opposition, it is

　　　ORDERED THAT THE motion is granted to allow Americredit Financial Services, Inc. dba GM Financial ("GM") to Substitute Collateral, i.e. to replace the lost vehicle with a replacement vehicle. The debtor has located replacement vehicle, a 2012 Mazda3, that has a list price of $12,290.00 for previously owned collateral, i.e. a 2004 Land Rover (Range Rover) which has been stolen and declared by GEICO a total loss. In connection with the plan payment which is designated for GM, the trustee shall continue paying the original claim until the

balance of $5,479.37 is paid.  In the instant case the Motion to Substitute Collateral will allow the debtor to purchase a new vehicle with the insurance proceeds and GM as the secured lender will be allowed to record a lien on the new collateral for the amount owed.  The Debtor shall continue to make his plan payments even though the collateral has been changed to the new vehicle.  and it is further

      ORDERED, THAT the Debtor is authorized to use cash collateral for replacement of the stolen said vehicle, and to have GEICO, the insurance company, pay GM the balance owed, and to record a lien on the replacement vehicle.

Cc:

Harris S. Ammerman, Esq.
1115 Massachusetts Ave. NW
Washington, D.C. 20005

Nancy Grigsby, Trustee
4201 Mitchellville Rd., Suite 401
Bowie, Md. 20718

Americredit Financial Services, Inc.
 Dba GM Finanicial,
Jennifer Smith, Bankruptcy Dept.
PO Box 183853
Arlington, Texas 76096

GEICO
Glenn Baker, Examiner
ATTN: Region 1 Claims
PO Box 9505
Fredericksburg, VA 22403-9505

      End of Order